IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:23CR319-1 |
| | : | |
| TYQUAN DESHAWN GLOVER | : | |

FACTUAL BASIS

NOW COMES the United States of America, by and through Sandra J. Hairston, United States Attorney for the Middle District of North Carolina, and as a factual basis under Rule 11, Fed. R. Crim. P., states as follows:

In 2022 the Alcohol, Tobacco, Firearms and Explosives (ATF) Task Force Officer (TFO) La Valley noticed an influx of firearm recoveries tracing back to a particular purchaser, identified as "TW." On October 25, 2022, TFO La Valley, TFO Van Kuren and ATF Special Agent (SA) Johnson reviewed ATF'S eTrace system for purchases made by TW. During the review, the investigators discovered TW had seven (7) previous multiple sales of firearms totaling sixteen (16) firearms and fifteen (15) total firearm traces. A trace is usually triggered when a firearm is recovered at a crime scene, The date range of activity was from September 10, 2019, through October 15, 2022.

During the investigation, TFO La Valley executed a federal search warrant on TW's Facebook account. TFO La Valley reviewed the communication between TW and several other Facebook accounts and discovered Facebook messages between TW and TYQUAN DESHAWN GLOVER.

It was determined GLOVER was utilizing two separate Facebook accounts. In furtherance of the investigation, Facebook search warrants were conducted on GLOVER's accounts, which revealed substantial communication indicating that GLOVER was selling firearms to multiple individuals. Additionally, there was communication regarding obliterating the serial numbers on firearms.

TFO La Valley was familiar with GLOVER because at that point in the investigation he was aware of multiple firearm traces for firearms purchased by GLOVER and recovered by law enforcement. In five (5) instances the time between GLOVER purchasing the firearm and the firearm being recovered by law enforcement was less than ninety (90) days. The dates for those traced purchases were between January 7, 2022, to November 6, 2022.

ATF documented that GLOVER had nine (9) multiple firearm sales between January 23, 2022, to November 22, 2022.

On October 25, 2022, ATF conducted a controlled purchase from "TOH" of a Palmetto State Armory, Model Dagger Compact 9-millimeter pistol

2

bearing serial # JJE37096 and a box of ammunition containing thirty-nine (39) rounds of .40 caliber ammunition for $600.00 of ATF Agent Cashier Funds. ATF discovered messages from TOH to GLOVER immediately before this recovery of a "white guy" whose "money is good" wanting firearms. The ATF confidential informant utilized in TOH's case was a white male.

As part of the investigation TOH was arrested for Possession of a Firearm by a Convicted Felon. Incident to arrest, investigators seized TOH's cell phone and obtained a search warrant. The results of the search warrant revealed TOH having a text thread with a subject identified as "Ace" using phone number 743-900-2563. A query of that phone number through police2police reveals the number to be associated with GLOVER. The text thread between GLOVER and TOH had substantial communication between the two subjects regarding the sale of firearms and the two working together to find customers to buy firearms.

On February 23, 2023, TFO La Valley requested Investigator K. Shultz conduct a Federal License System (FLS) query to determine if GLOVER was a Federal Firearms Licensee (FFL). Investigator K. Shultz informed TFO La Valley that GLOVER did not possess an FFL.

On March 6, 2023, TFO La Valley began reviewing the time between GLOVER's firearm purchases to seizure by law enforcement. During the review, TFO La Valley noted there were 17 firearm traces associated with

3

firearm purchases by GLOVER. All the firearms were seized during the 2022 calendar year and 14 of the seized firearms were purchased during the 2022 calendar year.

      This the 15th day of October 2024.

      Respectfully submitted,

      SANDRA J. HAIRSTON
      United States Attorney

      /S/ MICHAEL A. DeFRANCO
      Assistant United States Attorney
      NCSB #23072
      United States Attorney's Office
      Middle District of North Carolina
      101 S. Edgeworth Street, 4th Floor
      Greensboro, NC 27401
      Phone: 336/333-5351

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Aaron B. Wellman, Esq.

/S/ MICHAEL A. DeFRANCO
Assistant United States Attorney
NCSB #23072
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth Street, 4th Floor
Greensboro, NC 27401
Phone:   336/333-5351